# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **Deandre Harris** | : | |
| Plaintiff | : | **Civil Action 2:08-CV-711** |
| vs | : | **Judge Smith** |
| **Thomas Stickrath, et al** | : | **Magistrate Judge King** |
| Defendant | : | **Mediator Brian Buzby** |

### NOTICE OF SETTLEMENT CONFERENCE

Under the provisions of E.D. Order 01-2, pt. III., this case is hereby noticed for **Settlement Week mediation**

## September 16, 2009 at 10:30 a.m.

Please **report to** the Office of the Clerk, **Room 102,** 85 Marconi Boulevard, Columbus, Ohio for assignment to a mediation room.

The **rules for mediation** are:

1. **Each party** and their **trial attorney** must **attend.**
2. No later than **August 28, 2009, plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than **September 4, 2009, defendant** must make a reasoned written **response** served on all counsel **and the mediator.**

**NOTE:** **The mediator should notify the court if the plaintiff and/or defendant fail to comply with this order.**

4. All settlement discussions shall be subject to Federal Evidence Rule 408.
5. The case file, or password access to the case file, and settlement week checksheet will be sent to the mediator by **September 4, 2009.**

**CANCELLATION.** If, after exchanging offers and demands, all counsel agree that the case should not be mediated during the September 2009 Settlement Week, they must file a motion to request cancellation. The motion must be served on the client.

                                                **Norah M<sup>c</sup>Cann King**
                                                **United States Magistrate Judge**

Date: August 5, 2009                      s/John D. Miller_____
                                                (By) John D. Miller/Courtroom Deputy
                                                (614) 719-3026

See electronic notice for counsel of record that received this notice. Please call John Miller (614) 719-3026 if any counsel or parties have been omitted. The Mediator's address is on the second page.

Brian Buzby, Esq - Mediator
Porter Wright Morris & Arthur
41 South High St.
Columbus, Ohio  43215