```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**DEANDRE HARRIS,**

       **Plaintiff,**

  vs.                                  **Civil Action 2:08-CV-711**
                                          **Judge Smith**
                                          **Magistrate Judge King**

**THOMAS STICKRATH,** *et al.*,

       **Defendants.**

<u>**ORDER**</u>

       This case has been reported settled.

       **A status conference will be held on October 9, 2009, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

       If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

<u>September 25, 2009</u>                                      <u>*s/Norah McCann King*</u>
                                                            Norah M<sup>c</sup>Cann King
                                                    United States Magistrate Judge