```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**DEANDRE HARRIS,**

       **Plaintiff,**

  vs.                                     **Civil Action 2:08-CV-711**
                                               **Judge Smith**
                                               **Magistrate Judge King**

**THOMAS STICKRATH,** *et al.*,

       **Defendants.**

## ORDER

        The parties have now executed a settlement agreement, although it is expected that another 30 to 60 days will be required to consummate the terms of settlement.

        **The status conference currently scheduled for December 11, 2009, is VACATED.**

        However, a status conference will be held on February 12, 2010, at 10:00 a.m., should the case remain pending on that date.

<u>December 8, 2009</u>                                      *s/Norah McCann King*
                                                         Norah M<sup>c</sup>Cann King
                                             United States Magistrate Judge